**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>SUPER 8 WORLDWIDE, INC.<br><br>v.<br><br>AMERICAN LODGING PARTNERS, INC., et. al. | Case Number:<br>FILED: AUGUST 8, 2008<br>08CV4514<br>JUDGE DOW<br>MAGISTRATE JUDGE DENLOW<br>JFB |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SUPER 8 WORLDWIDE, INC.

| |
|---|
| NAME (Type or print)<br>Bruce M. Lichtcsien |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Bruce M. Lichtcsien |
| FIRM<br>Cozen O'Connor |
| STREET ADDRESS<br>222 S. Riverside Plaza, Suite 1500 |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6204943 | TELEPHONE NUMBER |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |