UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED: AUGUST 8, 2008
08CV4514
JUDGE DOW
MAGISTRATE JUDGE DENLOW
JFB

**SUPER 8 WORLDWIDE, INC. f/k/a Super 8 Motels, Inc.**, a South Dakota Corporation,
  Plaintiff,

v.

**AMERICAN LODGING PARTNERS, INC.,**, an Illinois Corporation, **VIVAK KHANNA**, **DHARAM VIR** and **DESH MEHTA,**
  Defendants,

Case No. _____

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff Super 8 Worldwide, Inc. ("SWI") f/k/a Super 8 Motels, Inc., by and through counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule for the Northern District of Illinois 3.2, hereby discloses SWI's corporate interests as follows:

1. Super 8 Worldwide, Inc. is a non-publicly traded corporation that is a wholly owned subsidiary of Wyndham Hotel Group, LLC, which is a wholly owned subsidiary of Wyndham Worldwide Corp. Barrow, Hanley, Mewhinney & Strauss, Inc. currently owns more than 10% of the common stock of Wyndham Worldwide Corp.

2. Wyndham Worldwide Corp. is a publicly traded holding company.

Respectfully submitted,

  s/ Bruce M. Lichtcsien
Bruce M. Lichtcsien    IL # 6204943
blichtcsien@cozen.com
COZEN O'CONNOR
222 South Riverside Plaza, Suite 1500
Chicago, IL 60606
(312) 382-3153
(312) 706-9753 (Facsimile)

ATTORNEY FOR PLAINTIFF