

# COUNTY OF PEORIA - OFFICE OF THE SHERIFF

# Michael D. McCoy

---

324 MAIN STREET    ROOM B-20    PEORIA COUNTY COURTHOUSE    PEORIA, ILLINOIS 61602-1374    (309)672-6040

---

### PERSONAL

### RETURN OF SERVICE

STATE OF ILLINOIS - COUNTY OF PEORIA    CASE # 08-CV-04514    0807412

I HAVE THIS 16TH DAY OF AUGUST  , 2008, SERVED/EXECUTED THE WITHIN COURT DOCUMENTS THEREOF WITH ANY ATTACHED SUMMONS, COMPLAINT, JUDGEMENT, AND/OR PETITION UPON MEHTA, DESH           ON BEHALF OF:
SUPER 8 WORLDWIDE INC     , PERSONALLY IN PEORIA COUNTY, ILLINOIS.

PERSON SERVED  : SEX M  RACE W   AGE 060  TIME 11:51:AM  DATE 08/16/2008
PLACE OF SERVICE: 6200   N  FIELDTREE CT       PEORIA      , IL 61615
SERVICE FEE DUE :  $26.00
MICHAEL D. MC COY         BY:    0443       LUDOLPH, JOHN
SHERIFF OF PEORIA COUNTY

OFFICER : _____

SENT COPY: _____

### SERVICE HISTORY

08/16/2008 11:51 AM 0443 SERVED
    *SERVICE COMPLETE*
08/16/2008 09:31 AM 0443 UNABLE TO CONTACT
    UNABLE TO CONTACT

NAME _Desh Mehta_

ADDRESS _6200 N Fieldtree Ct._

CITY _____

LEFT WITH _____
Title/Relationship

SEX _M_   AGE _60_   RACE _Cau_

TIME _11:49_   DATE _8/14/0_   MILES _6_

CAR# _5M_   OFFICER _____
Badge#

Dept 13