# United States District Court for the Northern District of Illinois

Case Number: 08CV4514            Assigned/Issued By: DAJ

Judge Name:                      Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00
               ☐ IFP         ☐ No Fee    ☐ Other _____
               ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____            Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                                    ☑ Alias Summons

☐ Third Party Summons                        ☐ Lis Pendens

☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons         _____
                                             _____
☐ Citation to Discover Assets                (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

_1_ Original and _0_ copies on _08/21/08_ as to _VIVAK KHANNA_____
                              (Date)

_____

_____